OPINION — AG — ** OPEN MEETING LAW — DEFINITIONS AND GENERAL PROVISIONS ** THE OPEN MEETING ACT, 25 O.S. 1977 Supp., 301 [25-301], DOES NOT APPLY TO THE BOARD OF GOVERNORS OF REGISTERED DENTISTS WHEN THE BOARD CONDUCTS A DISCIPLINARY HEARING CONCERNING A LICENSEE. CITE: 25 O.S. 1977 Supp., 304 [25-304], 25 O.S. 1977 Supp., 307 [25-307], 59 O.S. 1971 328.1 [59-328.1], 25 O.S. 1977 Supp., 303 [25-303] (EXECUTIVE SESSION) (H. LEE SCHMIDT)